Case 1:09-cv-00552-JFM Document 14 Filed 09/24/2009 Page 1 of 2

· AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

PLAINTIFF
  WANDA SIRKO

V. DEFENDANT AND THIRD PARTY PLAINTIFF
  TOWN COUNCIL OF CENTREVILLE

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: JFM 09 CV 552

V. THIRD PARTY DEFENDANT
  DANIEL JAY SAVAGE

To: Name and address of Third Party Defendant
  Daniel Jay Savage, Inmate No.: 349809
  Maryland Correctional Institute -- Hagerstown
  18601 Roxbury Road
  Hagerstown, Maryland  21746

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Samuel H. Paavola, Esquire<br>Paavola & Paavola<br>One Willow Street<br>Annapolis, Maryland 21401 | Steven R. Migdal, Esquire<br>Buck, Migdal & Myers, Chartered<br>Post Office Box 2400<br>Annapolis, Maryland 21404-2400 |

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.



Felicia C. Cannon
CLERK
Denise Skinner

DATE  9/24/09

(By) DEPUTY CLERK
• AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | | DATE 10-6-09 |
| NAME OF SERVER DFC Charles Enders #4647 | | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

- ☒ Served personally upon the third-party defendant. Place where Maryland Correctional Institute - 18601 Roxbury Rd. Hagerstown, M.D 21746

- ☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned _____

- ☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 40.00 | TOTAL Paid |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 10-6-09        DFC Ch_____
        Date            Signature of Server

Address of Server:
WASH. CO. SHERIFF'S DEPT.
JUDICIAL DIVISION
COURT HOUSE ANNEX
24 SUMMIT AVENUE
HAGERSTOWN, MD. 21740

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.