IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WANDA SIRKO | * |
| Plaintiff | * |
| v. | *   Case No: JFM 09 CV 552 |
| TOWN COUNCIL OF CENTREVILLE | * |
| Defendant | * |

\* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 9, which is an attachment to Plaintiff's Memorandum in Support of Opposition to Defendant's Motion for Summary Judgment exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

/s/
Samuel H. Paavola, Bar No:  24224
One Willow Street
Annapolis, Maryland 21401
(410) 224-6563
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2010, a copy of the foregoing Notice of Filing of Lengthy Exhibit, which was electronically filed in this case on July 8, 2010, was mailed via first class mail, postage prepaid, to:

Steven R. Migdal
Buck, Migdal & Myers, Chartered
23 West Street
P.O. Box 2400
Annapolis, Maryland 21404
Attorney for Defendant

Daniel Jay Savage
349809
MCI - Hagerstown
1801 Roxbury Road
Hagerstown, Maryland 21746
Third-Party Defendant

/s/
Samuel H. Paavola, Bar No:  24224